## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

ZECHARIAH JONES,

Plaintiff,

vs.

EQUIFAX INFORMATION
SERVICES, LLC; TRUIST
FINANCIAL CORPORATION d/b/a
SHEFFIELD FINANCIAL; and
SECURITY SERVICE FEDERAL
CREDIT UNION,

Defendants.

Civil Action No.: 1:23-cv-00244-LY

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC**

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Zechariah Jones and Defendant Equifax Information Services, LLC, by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice. There are no remaining defendants in this matter.

//

//

1

2

Dated: November 15, 2023,

/s/ Sylvia Bolos
Sylvia Bolos MI Bar No. P78715
Consumer Attorneys
8245 N. 85th Way
Scottsdale, AZ 85258
T: (248) 406-6025
E: sbolos@consumerattorneys.com


Attorney for Plaintiff
*Zechariah Jones*

/s/ Michael A. Merar
Michael A. Merar
Texas Bar No. 24103878
SEYFARTH SHAW LLP
700 Milam Street
Suite 1400
Houston, Texas 77002-2812
Telephone: (713) 860-0089
Facsimile: (713) 225-2340
Email: mamerar@seyfarth.com


Counsel for Defendant
*Equifax Information Services LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/ Alexia M. Bedolla*