IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ZECHARIAH JONES, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:23-CV-244-DII |
| EQUIFAX INFORMATION SERVICES, LLC, | § § § § | |
| Defendant. | § § | |

## ORDER

On November 15, 2023, Plaintiff Zechariah Jones ("Plaintiff") and Defendant Equifax Information Services, LLC ("Equifax") dismissed all claims asserted by Plaintiff against Equifax in this case with prejudice by joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 44). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013).

Accordingly, **IT IS ORDERED** that Equifax is **TERMINATED** as a party in this case. As nothing remains to resolve, **IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SIGNED** on November 16, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE